UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2023

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Gerardo Lopez-Moreno | Docket No. | 2:22CR00141-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Gerardo Lopez-Moreno, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 3th day of October 2022, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local (including tribal) law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer. Defendant shall comply with all conditions of supervision imposed by other courts.

**Additional Condition #16:** Defendant shall work with his assigned attorney to abide by any other conditions imposed by another court to include sex offender registration.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 13, 2022, the conditions of pretrial release supervision were reviewed with Mr. Lopez-Moreno. He acknowledged an understanding of his conditions, which includes the standard condition noted above.

**Violation #1:** Mr. Gerardo Lopez-Moreno is alleged to be in violation of his pretrial release conditions by allegedly committing a new law violation and failing to comply with all conditions imposed by other courts, by failing to register as a sex offender on or before February 1, 2023.

According to the Douglas County Sheriff's Office (DCSO) incident report for 23D00274, the following occurred: On January 16, 2023, U.S. Probation contacted DCSO to confirm Mr. Lopez-Moreno registered his address in Douglas County after Mr. Lopez-Moreno was released from federal custody in October 2022. DCSO did not have a record of Mr. Lopez-Moreno registering his address after October 2022.

On September 27, 2022, when Mr. Lopez-Moreno was arrested by DCSO for a previous failing to register charge. DCSO told Mr. Lopez-Moreno he needed to register as a sex offender when he was released from custody. Mr. Lopez-Moreno was told if he did not register as a sex offender, he was facing the possibility of being arrested again.

DCSO has requested the Douglas County Prosecuting Attorney's Office charge Mr. Lopez-Moreno with failing to register as a sex offender.

PS-8
Re: Gerardo Lopez-Moreno
February 8, 2023
Page 2

PRAYING THAT THE COURT WILL ISSUE A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 8, 2023

by s/Phil Casey

Phil Casey
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/10/2023

Date